AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

FORALL USA, INC.
*Plaintiff*
v.
SARAH LLC, HALA SUBH, SUHAD ALBASHA et al.
*Defendant*

Civil Action No. 1:21-cv-02721

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: SARAH LLC, HALA SUBH, SUHAD ALBASHA, BACHAR HAMAD and AMAR HAMAD
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

c/o Rodney Lewis, Esq./Polsinelli, P.C., 150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 04/16/2021

Stephen J. Brown
*Signature of the attorney or unrepresented party*

Stephen J. Brown, Esq.
*Printed name*

Bleakley Platt & Schmidt, LLP
One North Lexington Avenue, 7th Floor
White Plains, NY 10601
*Address*

sbrown@bpslaw.com
*E-mail address*

(914) 287-6191
*Telephone number*

# WAIVER OF SERVICE OF SUMMONS

TO: Defendants SARAH LLC, HALA SUBH, SUHAD ALBASHA, BACHAR HAMAD and AMAR HAMAD
c/o Rodney Lewis, Esq.
Polsinelli P.C.
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606

I acknowledge receipt of your request that I waive service of a summons in the action of FORALL USA, INC. v. SARAH LLC, HALA SUBH, SUHAD ALBASHA, BACHAR AMAD and AMAR HAMAD, which is case number 1:21-CV-2721 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you, without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 16, 2021, or within 90 days after that date if the request was sent outside the United States.

POLSINELLI, P.C.

4/16/21 — [signature]

Date

FRANK T. SPANO ~~Rodney Lewis~~, Esq.
As Counsel for Defendants