UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORALL USA, INC.,

                          Petitioner,                       21 **CIVIL** 2721 (VM)

                     -against-                                  **JUDGMENT**

SARAH LLC, HALA SUBH, SUHAD
ALBASHA, BACHAR HAMAD, and AMAR
HAMAD,

                         Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 12, 2021, that the petition Dkt. No. 1) of petitioner Forall USA, Inc. ("Petitioner") to confirm the arbitration award against respondents Sarah LLC, Hala Subh, Suhad Albasha, Bachar Hamad, and Amar Hamad ("Respondents") in the amount of $3,109,474.77 calculated as of February 25, 2021 is **GRANTED**; and it is further

       **ORDERED** that the cross-petition (Dkt. No. 18) of Respondents to vacate the arbitration award is **DENIED.**

**Dated**: New York, New York
          August 13, 2021

                                                 **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                     **BY:** _____
                                                   **Deputy Clerk**