USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FORALL USA, INC.,

                Petitioner,

-against-

SARAH LLC, HALA SUBH, SUHAD ALBASHA, BACHAR HAMAD, and AMAR HAMAD,

                Respondents.
-----------------------------------------------------------X

21 CIVIL 2721 (VM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 4, 2022, and that upon the application of the Forall USA, Inc. ("Forall") pursuant to the Decision and Order (Dkt. No. 30), Forall is awarded Attorneys' fees and costs for the time period from December 15, 2020 through the August 17, 2021, in the amount of $54,845.50, against Respondents, for work and services performed and in accordance with the terms of the Arbitration Award; and that Respondents, pursuant to the terms of the Arbitration Award, shall pay Petitioner the additional interest set forth in Appendix 1 (attached) and incurred from the date of the arbitration award (January 25, 2021) through August 17, 2021, and that the per diem interest rates set forth in Appendix I shall apply for each additional day the award is not paid, upon and until such time as the awarded amount is paid in full; Judgment is entered in the total amount of $3,262,874.78, calculated as of August 17, 2021, in favor of Petitioner Forall USA, Inc., against the Respondents, Sarah, LLC, Hala Subh, Suhad Albasha, Bachar Hamad, and Amar Hamad.

Dated: New York, New York
       April 4, 2022

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                              BY:
                                                      *K. Margo*
                                                    **Deputy Clerk**

**APPENDIX 1**

**Date of Arbitration Award (January 25, 2021)**

| | |
|---|---:|
| Principal Award | $2,177,100.00 |
| Interest on Award through 2/12/2020 | $292,236.00 |
| Interim Interest from 2/21/20 to 1/25/2021 | $145,536.25 |
| Post-Award Interest | $16,104.62 |
| | **$2,630,976.87** |

| | |
|---|---:|
| Inventory Award | $121,384.00 |
| Interest from 1/1/2017 through Payment | $45,404.26 |
| | **$166,788.26** |

| | |
|---|---:|
| Attorneys' Fees as of 12/14/2020 | $233,767.00 |
| Court Reporter Fees | $7,633.25 |
| Expert Fees | $18,500.00 |
| AAA Costs and Fees | $51,809.39 |
| | **$311,709.64** |

| | |
|---|---:|
| Total Award and Judgment as of 8/13/2021 | **$3,109,474.77** |

**Additional Interest Calculated as of 8/17/2021**

| | |
|---|---|
| 9% Post-Award Interest on Principal Award from 1/25/2021 to 8/17/2021 | $107,363.84 |
| Less Post-Award Interest Included Above | $(16,104.62) |
| Total Additional Interest on Principal Award through 8/13/2021 | **$91,259.22** |
| 9% Interest on Inventory Award from 1/1/2017 to 8/13/2021 | $50,432.56 |
| Less Interest included Above | $(45,404.26) |
| Total Additional Interest on Inventory Award through 8/13/2021 | **$5,028.30** |
| Additional Attorneys' Fees from 12/15/2020 to 8/17/2021 | **$54,845.50** |
| Per Diem Post-Judgment Interest | **$6.82** |

| | |
|---|---|
| Total ward as of 8/17/2021 | $3,260,635.04 |